UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

IN RE THE MATTER OF

Morgan Jill Clark                                            M9-282
_____
(NAME UNDER WHICH YOU WERE
ADMITTED TO PRACTICE)
-----------------------------------------------------------X

      Pursuant to the Local Rules of the Southern District of New York, as pertains to attorney admissions; I am requesting that Morgan Jill Brennan previously admitted under the name Morgan Jill Clark is now admitted to practice on the rolls of attorneys of the Southern District of New York.

Dated:

                                                UNITED STATES DISTRICT JUDGE
                                                        PART I